Park Acres, Inc., Respondent, v. City of New York, Appellant.—

850

Present — Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ.